FILED

AUG - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Josade Services, Inc.
d/b/a Just Trust Solutions ) Plaintiff
)
)
v. )
)
MDL 926 Claims Office ) Defendant
)
)

Case: 1:07-cv-01404
Assigned To : Sullivan, Emmet G.
Assign. Date : 8/2/2007
Description: Contract

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Josade Services, Inc.__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Josade Services, Inc.__, which have any outstanding securities in the hands of the public. __None__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__481557__
Bar Identification Number

__Ashley Wiggins__
Print Name

__1912 Sunderland Place NW__
Address

__Washington    DC    20036__
City            State    Zip

__202 429-9000__
Telephone Number