UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSADE SERVICES, INC.,** )<br>      Plaintiff, )<br>     ) CASE NO. <u>1:07-cv-01404 (EGS)</u><br>vs. )<br>     )<br>**MDL 926 CLAIMS OFFICE** )<br>      Defendant. ) | |

**CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFF TO FILE ITS RESPONSE TO DEFENDANT'S COUNTERCLAIMS**

Plaintiff Josade Services, Inc., by its counsel, files this Consent Motion to Enlarge Time for Plaintiff to File its Response to Defendant's Counterclaims, and pursuant to Fed.R.Civ.P. 6(b), asks this Court to extend the deadline by which Plaintiff must file its response to Defendant's counterclaims from October 22, 2007 until November 26, 2007.

The parties have diligently worked towards resolving this matter through settlement and, in principle, have reached settlement terms acceptable to both parties.  The extension of time will allow the parties to memorialize the terms of their settlement agreement in writing and dismiss the pending matter.

Undersigned counsel spoke with counsel for the Defendant.  Counsel for Defendant consents to this motion.

Dated:  October 21, 2007                  RESPECTFULLY SUBMITTED,

                                                 /s/ Ashley E. Wiggins
                                                 Ashley E. Wiggins, D.C. Bar No. 481557
                                                 Griffin & Murphy, LLP
                                                 1912 Sunderland Place NW
                                                 Washington, DC 20036
                                                 (202) 429-9000
                                                 *Co-Counsel for the Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that I have on this 21st day of October 2007 electronically filed the foregoing and proposed order with the Clerk of the Court using the ECF system, and I have served a copy by U.S. Mail, First Class, postage prepaid to:

Maria Colsey Heard
Dickstein Shapiro, LLP
1825 Eye Street NW
Washington, DC 20006-5403

                                            <u>/s/ Ashley E. Wiggins</u>
                                            Ashley E. Wiggins

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSADE SERVICES, INC.,** )<br>          Plaintiff, )<br> ) CASE NO. <u>1:07-cv-01404 (EGS)</u><br>     vs. )<br> )<br>**MDL 926 CLAIMS OFFICE** )<br>          Defendant. ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Enlarge Time for Plaintiff to File its Response to Defendant's Counterclaims, and Defendant's consent thereto, it is this ___ day of _____, 2007,

ORDERED that the Motion is granted and the date by which Plaintiff must file its response to Defendant's Counterclaims is November 26, 2007.

_____
Judge Emmet G. Sullvan,
United States District Court for the
District of Columbia