UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSADE SERVICES, INC., <br> A Maryland Corporation d/b/a <br> JUST TRUST SOLUTIONS, <br>      Plaintiff/Counter-Defendant, <br> <br> v. <br> <br> MDL 926 CLAIMS OFFICE, <br> a Claims Office Established by the MDL 926 Court <br> <br>      Defendant/Counter-Plaintiff. | } <br> } <br> } <br> } Civil Action No.1:07-cv-01404 (EGS) <br> } <br> } <br> } <br> } <br> } <br> } <br> } |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant JOSADE SERVICES, INC., ("JTS") and Defendant/Counter-Plaintiff MDL 926 CLAIMS OFFICE, a Claims Office Established by the United States District Court for the Northern District of Alabama ("MDL"), by their respective undersigned counsel, voluntarily dismiss this action in its entirety, including all claims and counterclaims, with prejudice. Rule 41(a)(1)(ii) permits the dismissal of an action by filing a stipulation of dismissal signed by all parties who have appeared in the action. JTS and MDL are the only parties to this action.

For the reasons stated above, JTS and MDL respectfully request that the Court accept this stipulation of dismissal, with prejudice.

Dated: November 20, 2007                              Respectfully submitted,

/s/ Ashley E. Wiggins                                 /s/ Maria Colsey Heard
Ashley E. Wiggins, D.C. Bar No. 481557                Maria Colsey Heard, D.C. Bar No. 449677
Mark G. Griffin, D.C. Bar No. 198978                  DICKSTEIN SHAPIRO, LLP
Griffin & Murphy, LLP                                 1825 Eye Street NW
1912 Sunderland Place NW                              Washington, DC 20006
Washington, DC 20036                                  (202) 420-2200
(202) 429-9000                                        *Counsel for Defendant/Counter-plaintiff*
  *Counsel for the Plaintiff/Counter-defendant*